**F I L E D**
CLERK, U.S. DISTRICT COURT

12/7/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ VM _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

November 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR  2:21-CR-00563-MCS |
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 1203(a): Conspiracy to Commit Hostage Taking and Hostage Taking; 18 U.S.C. § 1951(a): Conspiracy to Interfere with Commerce by Extortion, Interference with Commerce by Extortion, and Attempted Interference with Commerce by Extortion] |
| GERMAN GARCIA YERA HERNANDEZ, GILBERTO OMAR AVILA LOPEZ,   aka "Luis Enrique Avila Moreno,"   aka "Omar," AYLIN ESTRADA REYES, JOEL EDUARDO MASCORRO DELGADO, VICTORIA CAMILA ESPINOZA BALLARDO, and OSCAR BAUTISTA VALENCIA, | |
| Defendants. | |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1203(a)]

[ALL DEFENDANTS]

A.   OBJECT OF THE CONSPIRACY

Beginning on an unknown date, and continuing until on or about April 22, 2020, in Los Angeles County and Orange County, within the Central District of California, in and around Tijuana, Mexico, and

1  elsewhere, defendants GERMAN GARCIA YERA HERNANDEZ ("YERA"), GILBERTO

2  OMAR AVILA LOPEZ, also known as ("aka") "Luis Enrique Avila Moreno,"

3  aka "Omar" ("LOPEZ"), AYLIN ESTRADA REYES ("REYES"), JOEL EDUARDO

4  MASCORRO DELGADO ("DELGADO"), VICTORIA CAMILA ESPINOZA BALLARDO

5  ("BALLARDO"), and OSCAR BAUTISTA VALENCIA ("VALENCIA"), all members

6  of a hostage taking for ransom organization run by defendant YERA

7  (the "YERA HTO"), knowingly conspired with each other and others

8  known and unknown to the Grand Jury, to seize and detain, and

9  threaten to kill, injure, and continue to detain persons, who were

10 nationals of the United States and Mexico, in order to compel third

11 persons to do an act, namely, to pay ransom to the hostage takers, as

12 a condition for the release of the persons detained, in violation of

13 Title 18, United States Code, Section 1203(a), and such hostage

14 taking resulted in the death of at least one victim.

15 B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE

16      ACCOMPLISHED

17      The object of the conspiracy was to be accomplished in substance

18 as follows:

19      1.   Defendant YERA led a hostage taking organization, which

20 included defendants LOPEZ, REYES, DELGADO, BALLARDO, and VALENCIA,

21 Conspirator 1 ("CC-1") and Co-Conspirator 2 ("CC-2"), and others,

22 that would, in order to extort money from victims, take hostage and

23 hold for ransom either United States nationals or Mexican nationals

24 with relatives in the United States.

25      2.   Defendants BALLARDO and VALENCIA, and other members of the

26 YERA HTO, would arrange to meet with the victims under false

27 pretenses so that co-conspirators could take the victims hostage.

28

3.   Defendants REYES, DELGADO, and VALENCIA, and other members of the YERA HTO, would meet with the victims and take them hostage using guns and other weapons to control them.

4.   Members of the YERA HTO would place ransom demand calls to the victims' family members located in the United States, demanding money and vehicles as ransom in order for defendant YERA and members of the YERA HTO to release the victims alive.

5.   Defendants YERA, LOPEZ, REYES, DELGADO, BALLARDO, and VALENCIA, and others, would hold the hostages against their will while waiting for the ransom to be paid.

6.   Defendants REYES and DELGADO would demand money from the kidnapped victims.

7.   Defendant YERA would instruct CC-1 regarding the locations at which CC-1 was to collect the ransom proceeds left by the victims' family members.

8.   At defendant YERA's direction, CC-1 would travel across the border from Mexico into the United States to the locations set by defendant YERA and members of the YERA HTO in order to collect the ransom payments made by the victims' family members.

9.   CC-2 would help coordinate the ransom collections by CC-1 on behalf of the YERA HTO.

10.  CC-2 would receive wire transfers, through Western Union, from the victims' credit card accounts, which CC-2 would then withdraw in cash.

11.  Defendant YERA and members of the YERA HTO would kill the victims, irrespective of whether a ransom was paid, in order to protect the conspiracy.

C.   OVERT ACTS

In furtherance of the conspiracy, and to accomplish its object, on or about the following dates, defendants YERA, LOPEZ, REYES, DELGADO, BALLARDO, and VALENCIA, and CC-1 and CC-2, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

1.   The January 5, 2020 Hostage Taking and Murder of Victims A and B

Overt Act No. 1:   On January 5, 2020, defendant BALLARDO and a co-conspirator met Victim A, a United States national who resided in Mexico at the time, and Victim B, a Mexican national, at a nightclub in Tijuana, Mexico.

Overt Act No. 2:   On January 5, 2020, defendant BALLARDO and a co-conspirator invited Victims A and B to a residence in Tijuana, Mexico.

Overt Act No. 3:   On January 5, 2020, at a residence in Tijuana, Mexico, defendant YERA and other members of the YERA HTO took Victims A and B hostage at gunpoint.

Overt Act No. 4:   On January 5, 2020, after determining that Victims A and B had no money, members of the YERA HTO beat and killed Victims A and B at defendant YERA's direction.

2.   Defendant YERA Directed Co-Conspirators to Obtain Additional Ammunition and Defendant YERA Sent Defendant LOPEZ a Video Showing the Suffocation of Victim C

Overt Act No. 5:   On January 6, 2020, through Facebook, defendant YERA asked CC-1 whether CC-2 had inquired about obtaining additional bullets.

4

1      Overt Act No. 6:    On January 7, 2020, through Facebook, CC-1

2 told defendant YERA that CC-2 may be able to get more bullets.

3      Overt Act No. 7:    On January 8, 2020, through Facebook,

4 defendant YERA sent defendant LOPEZ a video of Victim C, with his

5 hands and feet bound and his face covered, being slowly suffocated to

6 death by defendant LOPEZ and an unidentified co-conspirator.

7      Overt Act No. 8:    On January 10, 2020, through Facebook,

8 defendant YERA asked CC-2 about obtaining additional bullets, and CC-

9 2 responded that he believed he could get bullets for several

10 different types of guns.

11      3.   The March 28, 2020 Hostage Taking and Murder of Victim D

12      Overt Act No. 9:    On March 27, 2020, in Tijuana, Mexico,

13 defendant YERA and members of the YERA HTO orchestrated the hostage

14 taking of Victim D, a United States national who resided at the time

15 in San Diego, California.

16      Overt Act No. 10:    On March 28, 2020, members of the YERA HTO

17 placed a ransom call to Victim D's adult son, demanding payment of

18 $25,000 in ransom in order to secure Victim D's release.

19      Overt Act No. 11:    On March 28, 2020, a member of the YERA HTO

20 told Victim D's adult son to place the ransom payment inside the

21 women's restroom of the McDonald's restaurant, located at 727 E. San

22 Ysidro Boulevard, San Ysidro, California ("McDonald's Restaurant").

23      Overt Act No. 12:    On March 28, 2020, at defendant YERA's

24 direction, CC-1 traveled across the border from Mexico into the

25 United States to the McDonald's Restaurant in order to collect the

26 ransom payment from Victim D's adult son.

27

28

1    Overt Act No. 13:   On March 28, 2020, CC-1 sent CC-2 a

2    photograph from inside the women's restroom of the McDonald's

3    Restaurant where CC-1 was waiting for ransom money to be left.

4        Overt Act No. 14:   On March 28, 2020, after Victim D's adult

5    son placed approximately $25,000 in ransom money in the women's

6    restroom of the McDonald's Restaurant, CC-1 collected the ransom

7    money.

8        Overt Act No. 15:   On March 28, 2020, CC-2 received an online

9    cash transfer through Western Union for $800 from Victim D's credit

10   card account.

11       Overt Act No. 16:   On March 28, 2020, through Facebook,

12   defendant YERA sent defendant LOPEZ a photograph of Victim D's debit

13   and credit cards.

14       Overt Act No. 17:   On March 28, 2020, through Facebook,

15   defendant YERA sent CC-2 a photograph of a check belonging to Victim

16   D's wife and a wire transfer receipt for a transfer from Victim D to

17   CC-1.

18       Overt Act No. 18:   On March 28, 2020, through Facebook, after

19   Victim D's adult son paid the ransom, defendant YERA sent defendant

20   LOPEZ messages stating, "it's done bro" and "this was good job done,"

21   followed by a video of a large amount of currency.

22       Overt Act No. 19:   On March 28, 2020, members of the YERA HTO

23   murdered Victim D.

24       Overt Act No. 20:   On March 30, 2020, through Facebook,

25   defendant YERA sent CC-1 a photograph of Victim D's Ford Explorer and

26   stated, "we should sell the [E]xplorer," to which CC-1 responded,

27   "you should keep it."

28

1          4.    Scouting for Additional Victims by CC-2 and Defendant YERA

2          Overt Act No. 21:    On April 2, 2020, through Facebook, CC-2

3     sent defendant YERA a message regarding a potential victim for a

4     future kidnapping, reporting that the potential victim had a large

5     amount of money.

6          Overt Act No. 22:    On April 4, 2020, through Facebook, CC-2

7     sent defendant YERA a message stating that he was waiting outside the

8     potential victim's house to see if he could see him.

9          Overt Act No. 23:    On April 4, 2020, through Facebook, CC-2

10    sent defendant YERA a series of photographs of the potential victim.

11         Overt Act No. 24:    On April 5, 2020, through Facebook, CC-2

12    reported on the potential victim's movements, including what time,

13    generally, the victim left his house.

14         Overt Act No. 25:    On April 6, 2020, through Facebook, CC-2

15    offered to kidnap the potential victim and bring him to defendant

16    YERA.

17         5.    The April 11, 2020 Hostage Taking and Murder of Victim E

18         Overt Act No. 26:    On April 11, 2020, through Facebook,

19    defendant YERA instructed defendant BALLARDO to take Victim E to the

20    hotel and to tell Victim E that defendant BALLARDO would "take care

21    of him," to which defendant BALLARDO responded "yes, I know."

22         Overt Act No. 27:    On April 11, 2020, in Tijuana, Mexico,

23    defendant YERA and members of the YERA HTO orchestrated the hostage

24    taking of Victim E, a United States national who resided in Norwalk,

25    California, and was at the time visiting a family member in Tijuana,

26    Mexico.

27         Overt Act No. 28:    On April 12, 2020, members of the YERA HTO

28    caused Victim E to call Victim E's mother, tell her that he was in

trouble, and instruct Victim E's mother to call another individual to pay $25,000 for Victim E's release.

Overt Act No. 29:   On April 12, 2020, CC-2 received an online cash transfer through Western Union for $400 from Victim E's credit card account.

Overt Act No. 30:   On April 12, 2020, through Facebook, defendant YERA sent defendant LOPEZ a Facebook message stating they could demand more money for ransom for Victim E.

Overt Act No. 31:   On April 12, 2020, through Facebook, defendant YERA sent defendant LOPEZ a video of a hotel room in which Victim E was positioned on his side, with his hands bound behind his back.

Overt Act No. 32:   On April 12, 2020, through Facebook, defendant YERA sent defendant LOPEZ a message stating that defendant YERA had spoken with Victim E's mother and given her only until noon the following day to pay the ransom for Victim E's release.

Overt Act No. 33:   On April 12, 2020, through Facebook, defendant BALLARDO lied to a family member of Victim E's that defendant BALLARDO did not know Victim E's whereabouts.

Overt Act No. 34:   On April 13, 2020, through Facebook, members of the YERA HTO sent to Victim E's brother a photograph of Victim E in which Victim E's face appeared to have been badly beaten.

Overt Act No. 35:   On April 13, 2020, via Facebook, CC-1 told CC-2, "they have the guy," referring to the YERA HTO holding Victim E hostage.  CC-2 responded, "How do they have him?"  CC-1 responded, "Tied to his feet and hands, haha.  He gave me the address where I have to go," referring to the location where CC-1 was to collect the ransom proceeds.

Overt Act No. 36:   On April 13, 2020, CC-1 and CC-2 traveled to the hotel where Victim E was being held hostage, where CC-1 collected the keys to Victim E's car, so that CC-1 could collect Victim E's car from Victim E's family members as part of a ransom payment.

Overt Act No. 37:   On April 13, 2020, after Victim E's mother agreed to pay the hostage takers $1,000 and Victim E's vehicle to secure Victim 2's release, CC-1 traveled from Mexico to the United States in order to collect the ransom payment left by Victim E's mother.

Overt Act No. 38:   On April 13, 2020, through Facebook, CC-2 told CC-1, referring to CC-1 picking up Victim E's vehicle, "if they stop you, tell them they paid you $200 to pick up that car."

Overt Act No. 39:   On April 13, 2020, through Facebook, CC-2 discussed with CC-1 how to safeguard the money being paid by Victim 2's family.

Overt Act No. 40:   On April 13, 2020, a member of the YERA HTO instructed Victim E's mother to bring the ransom money and a vehicle to a Lowe's parking lot, located at 14873 Carmenita Road, Norwalk, California ("Lowe's parking lot").

Overt Act No. 41:   On April 13, 2020, members of the YERA HTO caused Victim E to tell Victim E's mother that a woman would come collect the ransom proceeds and to provide a physical description that matched CC-1.

Overt Act No. 42:   On April 13, 2020, through Facebook, defendant YERA told CC-1 to go to the "Lowe's Home Improvement, 14873 Carmenita Rd, Norwalk, CA 90650" to pick up the ransom money from Victim E's mother.

1    Overt Act No. 43:   On April 13, 2020, at defendant YERA's
2    direction, CC-1 traveled to the Lowe's parking lot to attempt to
3    collect the ransom payment.

4    Overt Act No. 44:   On April 13, 2020, through What's App
5    messenger, defendant BALLARDO told CC-2 that "[Victim E's] parents
6    weren't well.  We are putting pressure.  Sometimes accidents happen
7    but you will be rewarded."

8    Overt Act No. 45:   On April 13, 2020, CC-1 told CC-2, referring
9    to Victim 2, "I think that they are going to kill him," referring to
10   the fact that defendant YERA and members of the YERA HTO were likely
11   to murder Victim E, to which CC-2 responded, "Well yes, looks like
12   they don't want him."

13   Overt Act No. 46:   On April 13, 2020, members of the YERA HTO
14   murdered Victim E.

15       6.   Detention and Robbery of Victims F and G

16   Overt Act No. 47:   On April 21, 2020, in Tijuana, Mexico,
17   defendants REYES and DELGADO, along with an additional co-
18   conspirator, approached Victim F, a United States citizen, and Victim
19   G, a Mexican national, at Victim G's place of business and robbed
20   Victims F and G at gunpoint.

21   Overt Act No. 48:   On April 21, 2020, in Tijuana, Mexico,
22   defendants REYES and DELGADO, along with an additional co-
23   conspirator, forced Victims F and G to provide their money, credit
24   cards, car keys, and bank information and passwords.

25   Overt Act No. 49:   On April 21, 2020, through Facebook,
26   defendant YERA sent defendant REYES a photograph of an email
27   addressed to Victim F regarding a bank money transfer.

28

1    Overt Act No. 50:   On April 21, 2020, through Facebook,
2    defendant REYES sent defendant YERA a message telling him that she
3    had his "toy," along with a photograph of a black pistol.

4        7.    The April 22, 2020 Hostage Taking of Victims H and I

5    Overt Act No. 51:   On April 22, 2020, in Tijuana, Mexico,
6    defendant VALENCIA orchestrated the hostage taking of Victims H and
7    I, both Mexican nationals, by falsely claiming to have supplies to
8    sell to Victim H.

9    Overt Act No. 52:   On April 22, 2020, after Victims H and I
10   went to meet with defendant VALENCIA, defendants DELGADO, VALENCIA,
11   and REYES, and other members of the YERA HTO, took Victims H and I
12   hostage.

13   Overt Act No. 53:   On April 22, 2020, as part of the hostage
14   taking of Victims H and I, defendant REYES pointed a gun at Victims H
15   and I to force them into compliance, at which point members of the
16   YERA HTO beat Victims H and I, tied Victims H and I by their hands
17   and feet, and blindfolded Victims H and I.

18   Overt Act No. 54:   On April 22, 2020, defendants DELGADO and
19   VALENCIA, and others, transported Victims H and I, at gunpoint, to a
20   hotel where Victims H and I were held hostage.

21   Overt Act No. 55:   On April 22, 2020, defendant YERA contacted
22   CC-2 and told him that he and co-conspirators had conducted another
23   kidnapping and described the plan for extracting ransom from the
24   kidnapping victim's family members.

25   Overt Act No. 56:   On April 22, 2020, defendant DELGADO beat
26   Victim H, instructed Victim H not to look at him, and, in order to
27   intimidate and threaten Victim H, told Victim H that he had killed
28   people in the past.

1    Overt Act No. 57:   On April 22, 2020, defendant VALENCIA
2    pointed a gun at Victim H in order to control Victim H and keep him
3    hostage.

4    Overt Act No. 58:   On April 22, 2020, after learning that
5    Victim I had no relatives with money to pay ransom, defendant YERA
6    took Victim I out of the room where he was being held hostage.

7    Overt Act No. 59:   On April 22, 2020, defendant YERA and
8    members of the YERA HTO murdered Victim I.

9    Overt Act No. 60:   On April 22, 2020, defendant BALLARDO
10   assisted in guarding Victim H, threatening Victim H, and, after
11   Victim H asked to have the bindings on his hands loosened, telling
12   Victim H, "maybe I'll tighten it up and your hand will dry out like
13   the last guy I tied up."

14   Overt Act No. 61:   On April 22, 2020, through Facebook,
15   defendant LOPEZ sent defendant YERA photographs of numerous items
16   belonging to Victim H, including bank receipts, sales contracts, and
17   receipts of payment made to Victim H.

18   Overt Act No. 62:   On April 22, 2020, defendants YERA, LOPEZ,
19   REYES, DELGADO, BALLARDO, and VALENCIA, and others, held Victim H
20   against his will awaiting ransom payment from Victim H's girlfriend.

21   Overt Act No. 63:   On April 22, 2020, a member of the YERA HTO
22   called Victim H's girlfriend and Victim H's girlfriend's sister,
23   located within the Central District of California, and stated that
24   Victim H had been in an accident and now owed a fine of $20,000.

25   Overt Act No. 64:   On April 22, 2020, a member of the YERA HTO
26   instructed Victim H's family members to pay the ransom in cash at
27   1442 S. Bristol Street, Santa Ana, California 92704.

28

Overt Act No. 65:   On April 22, 2020, members of the YERA HTO placed a video call to Victim H's sister during which Victim H's sister could see Victim H's badly beaten face.

Overt Act No. 66:   On April 22, 2020, a member of the YERA HTO told Victim H's sister that a female was already on her way from Mexico to the United States, referring to CC-1, who was on the way to pick up the proceeds.

Overt Act No. 67:   On April 22, 2020, CC-1 traveled across the border from Mexico to the United States in order to collect the ransom payment from Victim H's family member.

Overt Act No. 68:   On April 22, 2020, via text message, a member of the YERA HTO sent Victim H's sister the address for the ransom payment "11245 Long Beach Boulevard, Lynwood, California 90262," which was a Food-4-Less parking lot.

Overt Act No. 69:   On April 22, 2020, CC-1 traveled to the location to collect the ransom payment.

Overt Act No. 70:   On April 22, 2020, CC-1 called Victim H's sister stating: "I've sent it to you already, it's at the Food 4 Less," referring to the location for where the ransom payment should be made.

COUNT TWO

[18 U.S.C. §§ 1203(a), 2(a)]

[DEFENDANTS YERA, LOPEZ, and BALLARDO]

Beginning on or about April 11, 2020, and continuing until on or about April 13, 2020, in Los Angeles County, within the Central District of California, in and around Tijuana, Mexico, and elsewhere, GERMAN GARCIA YERA HERNANDEZ, GILBERTO OMAR AVILA LOPEZ, also known as ("aka") "Luis Enrique Avila Moreno," aka "Omar" ("LOPEZ"), and VICTORIA CAMILA ESPINOZA BALLARDO, and others known and unknown to the Grand Jury, each aiding and abetting the others, knowingly and intentionally seized and detained, and threatened to kill, injure, and continue to detain a person, namely, Victim E, a national of the United States, in order to compel another person to do an act, namely, pay ransom, as an explicit condition for the release of Victim E, resulting in the death of Victim E.

COUNT THREE

[18 U.S.C. §§ 1951(a), 2(a)]

[ALL DEFENDANTS]

A.   OBJECT OF THE CONSPIRACY

Beginning on an unknown date, and continuing until on or about April 22, 2020, in Los Angeles County and Orange County, within the Central District of California, in Tijuana, Mexico, and elsewhere, defendants GERMAN GARCIA YERA HERNANDEZ ("YERA"), GILBERTO OMAR AVILA LOPEZ, also known as ("aka") "Luis Enrique Avila Moreno," aka "Omar" ("LOPEZ"), AYLIN ESTRADA REYES ("REYES"), JOEL EDUARDO MASCORRO DELGADO ("DELGADO"), VICTORIA CAMILA ESPINOZA BALLARDO ("BALLARDO"), and OSCAR BAUTISTA VALENCIA ("VALENCIA"), conspired with each other and others known and unknown to the Grand Jury to knowingly and intentionally obstruct, delay, and affect commerce and the movement of articles in commerce by extortion, in violation of Title 18, United States Code, Section 1951(a).

B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished, in substance, as follows:

1.   Defendant YERA led a hostage taking organization (the "YERA HTO"), which included defendants LOPEZ, REYES, DELGADO, BALLARDO, and VALENCIA, and others, including Co-Conspirator 1 ("CC-1") and Co-Conspirator 2 ("CC-2") that would, in order to extort money from victims, take hostages and hold for ransom either United States nationals or Mexican nationals with relatives in the United States.

15

2.   Defendant YERA and members of the YERA HTO would place ransom demand calls to the victims' family members located in the United States, demanding money and vehicles as ransom in order for defendant YERA and co-conspirators to release the victims alive.

3.   Defendant and members of the YERA HTO would instruct and direct victims' family members to locations where ransom payments should be left.

4.   Defendants YERA, LOPEZ, REYES, DELGADO, BALLARDO, and VALENCIA, and others, would hold the hostage against the hostage's will while waiting for the ransom to be paid.

5.   Defendants REYES and DELGADO would demand money from the kidnapped victims.

6.   Defendant YERA would instruct CC-1 regarding the locations at which CC-1 was to collect the ransom proceeds left by the victims' family members.

7.   CC-1 would travel across the border from Mexico into the United States to the locations set by defendant YERA and members of the YERA HTO in order to collect the ransom payments made by the victims' family members.

8.   CC-2 would help coordinate the ransom collections by CC-1.

9.   CC-2 would receive wire transfers, through Western Union, from the victims' credit card accounts, which CC-2 would then withdraw in cash.

10.   Defendant YERA and members of the YERA HTO would kill the victims, regardless of whether a ransom was paid, in order to protect the conspiracy.

C.   OVERT ACTS

11.   In furtherance of the conspiracy, and to accomplish the objects of the conspiracy, defendants YERA, LOPEZ, REYES, DELGADO, BALLARDO, and VALENCIA, and others known and unknown to the Grand Jury, committed various overt acts, within the Central District of California, and elsewhere, including, but not limited to, the overt acts numbered 1 through 70 as set forth in Count One of this Indictment, which are re-alleged here.

COUNT FOUR

[18 U.S.C. §§ 1951(a), 2(a)]

[DEFENDANTS YERA, LOPEZ, and BALLARDO]

Beginning on or about April 11, 2020, and continuing until on or about April 13, 2020, in Los Angeles County, within the Central District of California, in and around Tijuana, Mexico, and elsewhere, defendant GERMAN GARCIA YERA HERNANDEZ ("YERA"), GILBERTO OMAR AVILA LOPEZ, also known as ("aka") "Luis Enrique Avila Moreno," aka "Omar" ("LOPEZ"), and VICTORIA CAMILA ESPINOZA BALLARDO ("BALLARDO"), together with others known and unknown to the Grand Jury, each aiding and abetting the others, obstructed, delayed, and affected foreign commerce, by knowingly and willingly committing extortion, in that defendants YERA, LOPEZ, and BALLARDO, obtained property, consisting of money from Victim E and Victim E's family members by means of threatened force, violence, and fear of injury, immediate and future, to Victim E.

COUNT FIVE

[18 U.S.C. §§ 1951(a), 2(a)]

[ALL DEFENDANTS]

On or about April 22, 2020, in Los Angeles County, within the Central District of California, in and around Tijuana, Mexico, and elsewhere, defendants GERMAN GARCIA YERA HERNANDEZ ("YERA"), GILBERTO OMAR AVILA LOPEZ, also known as ("aka") "Luis Enrique Avila Moreno," aka "Omar" ("LOPEZ"), AYLIN ESTRADA REYES ("REYES"), JOEL EDUARDO MASCORRO DELGADO ("DELGADO"), VICTORIA CAMILA ESPINOZA BALLARDO ("BALLARDO"), and OSCAR BAUTISTA VALENCIA ("VALENCIA"), and others known and unknown to the Grand Jury, each aiding and abetting the others, attempted to obstruct, delay, and affect foreign commerce, and the movement of articles in commerce, by knowingly and willingly committing extortion, in that defendants YERA, LOPEZ, BALLARDO, REYES, DELGADO, and VALENCIA attempted to obtain property, consisting of money from Victim H's family members, by means of

//

//

threatened force, violence, and fear of injury, immediate and

future, to Victim H.


                                        A TRUE BILL


                                        /S/
                                        Foreperson

TRACY L. WILKISON
Acting United States Attorney


SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

JOANNA M. CURTIS
Assistant United States Attorney
Chief, Violent & Organized Crime Section

JEFFREY M. CHEMERINSKY
JOSEPH D. AXELRAD
Assistant United States Attorneys
Violent & Organized Crime Section